IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02605–EWN–OES

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

LT. RITTER,
LT. STIENBECK,
LT. MOLLY MARTINEZ, and
SGT. GREBANZ,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation for Dismissal and Order on Pending Motions" filed January 3, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The State Defendants' Motion to Dismiss (#32) is GRANTED in part. This case is dismissed without prejudice in its entirety based upon Plaintiff's failure to exhaust his administrative remedies.

3.  The remaining arguments of the defendants for dismissal are deemed moot.

4.  Defendants' request for extension of time to file their Motion to Dismiss (#30) is GRANTED *nunc pro tunc*.

5.  Plaintiff's Motion for Status (#39), Motion for Status (#41), Motion to Clarify (#43), and Motion for Ruling on Complaint (#45) are DENIED as moot.

DATED this 14th day of February, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Judge